DILLINGHAM & MURPHY, LLP
PATRICK J. HAGAN (SBN 68264)
MARK J. ROGERS (SBN 173005)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:   (415) 397-2700
Facsimile:    (415) 397-3300

Attorneys for Plaintiff Z-MAN
FISHING PRODUCTS, INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z-MAN FISHING PRODUCTS, INCORPORATED, a South Carolina corporation,<br><br>             Plaintiff,<br>   v.<br><br>APPLIED ELASTOMERICS, INCORPORATED, a California corporation,<br><br>             Defendant | Case No.<br><br>PLAINTIFF Z-MAN FISHING PRODUCTS, INCORPORATED'S COMPLAINT FOR CORRECTION OF INVENTORSHIP |

COMES NOW Z-Man Fishing Products, Inc. ("Z-Man") and files the instant Complaint against Applied Elastomerics, Inc. ("AEI") alleging as follows:

PARTIES

1.   Plaintiff Z-Man is a South Carolina corporation with its principal place of business in Hanahan, South Carolina.

2.   AEI is a California corporation with its principal place of business in South San Francisco, California.

JURISDICTION AND VENUE

3.   This action arises under the Patent laws of the United States, 35 U.S.C. § 1 et seq., as hereinafter more fully appears. The jurisdiction of this Court is founded on 28 U.S.C. § 1331.

4.   Venue is proper under 28 U.S.C. § 1391(a) and (c), which provide that venue is proper in a judicial district where any defendant "resides" and that "resides" includes any judicial

district in which a corporation is subject to personal jurisdiction.

## ALLEGATIONS

5. Z-Man develops and manufactures fishing lure components and fishing lures.

6. AEI has filed for, and obtained, a number of patents in the field of gel composites. AEI has also filed for, and obtained, patents in the field of fishing lures.

7. Mike Shelton is the Vice President of Marketing and Sales, Director of Technology for Z-Man. Mr. Shelton has been active in developing technology for Z-Man's products since he joined the company.

8. Prior to 2001, Mr. Shelton had been leading Z-Man's efforts to develop a stronger, softer, and more buoyant plastic lure than those made of plastisol and related compounds that formed the bulk of the "plastic" lures then on the market.

9. In doing so, Mr. Shelton became aware of AEI and John Chen. John Chen is the president of AEI and the listed inventor of various patents held by AEI. All references to Mr. Chen herein are to his actions on behalf of AEI.

10. On or about April 25, 2001, Mr. Shelton contacted Mr. Chen by telephone and the two discussed the soft plastic lure product line that Mr. Shelton was developing for Z-Man. During that call, Mr. Shelton described in detail the physical characteristics of the fishing lure product that he was trying to develop (the "superworm") and indicated that Z-Man was interested in learning more about all of AEI's patents that might be pertinent to Z-Man's manufacture of a superworm.

11. After July 25, 2001, Mr. Chen supplied Z-Man with AEI Technology.

12. Throughout the remainder of 2001, Z-Man worked with Mr. Chen to further develop its durable stretch lure product line, which Z-Man called "CYBERFLEXXX."

13. Z-Man first began shipping CYBERFLEXXX products toward the end of the first quarter of 2002. However, customers reported that these initially shipped products started to deform because of a heat distortion problem resulting from heat exposure. As a result, they were pulled off the market in March 2002 to examine the "heat set" problem in the Phase One lures.

14. Mr. Shelton led Z-Man's effort to fix the "heat set" problem and undertook

Page 2 - COMPLAINT FOR CORRECTION OF INVENTORSHIP

research and development to revise the product line. These initial revisions to the product line are referred to hereinafter as "Phase Two" revisions. During the Phase Two revision process, Mr. Shelton worked with Mr. Chen to address issues with the product line and in doing so relied on additional AEI Technology furnished by Mr. Chen to Z-Man.

15. During the collaboration with AEI on the Phase Two re-formulation of the CYBERFLEXXX products, Mr. Chen asked for information from Z-Man about fishing lures.

16. Z-Man responded to Mr. Chen's requests by providing him with information, for example but not limited to, regarding scents that could be added to fishing lures, heat distortion testing procedures developed by Z-Man, desired characteristics of fishing lures, data and testing samples, drawings, information on the potential use of rattle pockets, education on the development and chemical formulations of lures, colorization of lures, durometer of lures, proprietary market research on the lure industry, compilations of fishing techniques, information on plastisol, drawings of lure bodies, and other illustrations ("Proprietary Fishing Lure Information").

17. Additionally, Z-Man provided some of the Proprietary Fishing Lure Information to Mr. Chen for use in potential patent applications to be submitted by Chen jointly on behalf of Chen and Shelton.

18. The Phase Two CYBERFLEXXX products started shipping late in the third quarter of 2002.

19. The Phase Two CYBERFLEXXX product line reduced the heat distortion to an acceptable level, but greatly increased the surface tackiness of the lures. After initial wetting and drying, the individual lures would become tacky and undesirable, clinging to themselves and making the lures more difficult to fish. The Phase Two lures were also considered too soft by some.

20. In February 2003, production stopped on the CYBERFLEXXX Phase Two product line in an effort to examine and fix the tackiness issues and make the product more fishable.

21. In January 2003, Z-Man learned for the first time that Mr. Chen had applied for a patent which was published on December 12, 2002, and was meant to encompass the products that

Page 3 -   COMPLAINT FOR CORRECTION OF INVENTORSHIP

Z-Man was manufacturing (e.g., frogs, grubs, worms) (Publication 2002/0188057). Mr. Chen also applied for additional patents which were intended to encompass all of the products that Z-Man was manufacturing. (Publications 2003/0130407; 2004/0018223; and 2004/0018272). These patents were CIP Patent Applications Serial Nos. 10/199,361, 10/199,362, 10/199,363 and 10/199,364 (collectively, "AEI's Fishing Lure Patent Applications").

22.  Currently, the United States Patent and Trademark Office (the "USPTO") has issued four patents to Mr. Chen directed to fishing lures: U.S. Patent Nos. 6,794,440 (App. No. 10/199,364), 7,108,873 (App. No. 10/199,363), 7,134,236 (10/199,361), and 7,208,184 (App. No. 10/199,362) (collectively, "AEI Fishing Lure Patents").

23.  It was from Mr. Shelton that Mr. Chen learned that the original AEI formulation provided to Z-Man was a failure due to heat distortion problems and needed to be re-formulated.

24.  Mr. Shelton and Mr. Chen worked together collaboratively on the Phase Two reformulation of the CYBERFLEXXX product line to address the heat set problems that had occurred in the Phase One product line.

25.  During the research and development process of this Phase Two reformulation, there was information sharing between AEI and Z-Man and co-development of new fishing lures.

26.  Additionally, through Mr. Shelton, Mr. Chen gained information about the fishing lure market, including such things as the advantage of adding food-type attractants to the bait and drawings of popular baits, the development and chemical formulations of lures, colorization of lures, and durometer of lures

27.  Much of that information provided by Mr. Shelton was disclosed in the patent applications and some of it was claimed in the aforesaid patent applications.

28.  On January 13, 2003, Jeff Winkler, counsel for Z-Man, wrote a letter to Mr. Chen regarding Mr. Chen's inclusion of Z-Man's proprietary information in the patent applications. Mr. Chen represented that he would file an amendment with the USPTO to recognize Mr. Shelton as a co-inventor, and collected information from Z-Man purportedly to make such a filing. Mr. Chen never disclosed to the USPTO that Mr. Shelton was a co-inventor of AEI's Fishing Lure Patent Applications.

Page 4 -   COMPLAINT FOR CORRECTION OF INVENTORSHIP

29. AEI's Fishing Lure Patents disclose and claim inventions that were developed by Z-Man jointly with Chen.

30. Mr. Chen did not attribute Z-Man's information to Z-Man and did not name Mr. Shelton as a co-inventor on any of AEI's Fishing Lure Patents.

### CLAIM FOR RELIEF FOR CORRECTION OF INVENTORSHIP

31. This is an action in which Z-Man seeks a correction of inventorship under the Patent laws of the United States, 35 U.S.C. § 1 et seq..

32. During the research and development process of the reformulation process, Z-Man's employee, Mr. Shelton, shared with AEI certain information and inventions that he had conceived and developed jointly with Mr. Chen.

33. On or about July 20, 2002, Mr. Chen on behalf of AEI filed four patent applications (CIP Patent Applications Serial Nos. 10/199,361, 10/199,362, 10/199,363 and 10/199,364), referred to herein previously as "AEI's Fishing Lure Patents," which included Mr. Shelton's conceived-of information and inventions.

34. On April 24, 2007, the USPTO issued U.S. Patent No. 7,208,184 (App. No. 10/199,362).

35. Z-Man stands to be injured if inventorship on U.S. Patent No. 7,208,184 (App. No. 10/199,362) is not corrected to reflect co-inventorship between Mr. Shelton and Mr. Chen.

36. As a joint inventor, AEI's Fishing Lure Patents cannot be asserted against Mr. Shelton's assignee, Z-Man.

37. Z-Man seeks preliminary and permanent injunctive relief to force AEI to add Mr. Shelton as a co-inventor on U.S. Patent No. 7,208,184 (App. No. 10/199,362).

38. Z-Man seeks attorneys' fees and injunctive relief as provided for by law.

//
//
//
//
//

## PRAYER

WHEREFORE, Z-Man prays judgment against AEI as follows:

1. For a correction of U.S. Patent No. 7,208,184 to add Mike Shelton as a co-inventor;

2. For costs of suit and award of attorneys fees; and

3. For such other and further relief as the Court deems proper and just.

Dated: June 13, 2007                                DILLINGHAM & MURPHY, LLP

By: _____
MARK J. ROGERS
Attorneys for Plaintiff Z-Man Fishing Products, Incorporated

Page 6 -   COMPLAINT FOR CORRECTION OF INVENTORSHIP