| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
| 2 | PATRICK J. HAGAN (SBN 68264)<br>MARK J. ROGERS (SBN 173005) |
| 3 | 225 Bush Street, 6th Floor<br>San Francisco, California 94104-4207 |
| 4 | Telephone:    (415) 397-2700<br>Facsimile:     (415) 397-3300 |
| 5 | Attorneys for Plaintiff Z-MAN |
| 6 | FISHING PRODUCTS, INCORPORATED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z-MAN FISHING PRODUCTS, INCORPORATED, a South Carolina corporation,<br><br>             Plaintiff,<br>    v.<br><br>APPLIED ELASTOMERICS, INCORPORATED, a California corporation,<br><br>             Defendant | Case No.<br><br>**CERTIFICATE OF SERVICE** |

Page 1 - CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, and employed in the City and County of San Francisco. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 225 Bush Street, 6th Floor, San Francisco, California 94104-4207. On June 13, 2007, I served the following on each party listed below:

**CIVIL CASE COVER SHEET**

**SUMMONS IN A CIVIL CASE**

**PLAINTIFF Z-MAN FISHING PRODUCTS, INCORPORATED'S COMPLAINT FOR DECLARATORY JUDGMENT – CO-INVENTORSHIP**

**ECF REGISTRATION INFORMATION HANDOUT**

☐ **(BY MAIL)** By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid.

☒ **(BY PERSONAL SERVICE)** By causing a true copy thereof enclosed in a sealed envelope, to be personally delivered on the date indicated below.

☐ **(BY OVERNIGHT DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered via overnight courier service.

☐ **(BY FAX)** By sending a true copy thereof by facsimile machine to the numbers listed below, and then depositing for collection and mailing, following ordinary business practices, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid.

**JOHN Y. CHEN**
**AGENT FOR SERVICE OF PROCESS FOR**
**APPLIED ELASTOMERICS, INCORPORATED**
**1336 ODDSTAD BLVD.**
**PACIFICA, CA 94044**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 13, 2007, at San Francisco, California.

_____
Emily J. Samuel

Page 2 - CERTIFICATE OF SERVICE