| Attorney or Party without Attorney:<br>Mark J. Rogers  (#173005)<br>DILLINGHAM & MURPHY, LLP<br>225 Bush Street, 6th Floor<br>San Francisco, CA  94104<br>Attorney for: Plaintiff Z-Man Fishing Products, Incorporated | Telephone<br>(415) 397-2700 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Z-Man Fishing Products, Incorporated v. Applied Elastomerics, Incorporated | | |
| PROOF OF SERVICE | | Case Number: C 07 3104 JCS |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SEE ATTACHMENT

2. a. Party Served: Applied Elastomerics, Incorporated
   b. Person Served: John Chen, Registered Agent for Service of Process

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: June 20, 2007
   (2) TIME: 11:28am
   (3) ADDRESS: 1389 Tartan Trail Road
              Hillsborough, CA  94010

4. Witness fees were not demanded or paid.

Fee for Service: $140.00

Person Serving: John B. Spillane
Registered California Process Server
County: San Francisco   Registration #: 937

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA  94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: June 20, 2007    Signature: _____

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California
Case No. C 07 3104 JCS

1. SUMMONS IN A CIVIL CASE;
2. PLAINTIFF Z-MAN FISHING PRODUCTS, INCORPORATED'S COMPLAINT FOR CORRECTION OF INVENTORSHIP;
3. CIVIL COVER SHEET;
4. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
5. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;
6. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [BLANK];
7. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE [BLANK];
8. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;
9. STANDING ORDER FOR UNITED STATES MIAGISTRATE JUDGE JOSEPH C. SPERO;
10. ECF REGISTRATION INFORMATION HANDOUT;
11. ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE;
12. UNITED STATES DISTRICT COURT FILING GUIDELINES;
13. CERTIFICATE OF SERVICE