# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z-MAN FISHING PRODUCTS, INCORPORATED, a South Carolina corporation, | SUMMONS IN A CIVIL CASE<br>CASE NUMBER: |
| V. | |
| APPLIED ELASTOMERICS, INCORPORATED, a California corporation, | |

TO: (Name and address of defendant)

JOHN Y. CHEN
AGENT FOR SERVICE OF PROCESS FOR
APPLIED ELASTOMERICS, INCORPORATED
1336 ODDSTAD BLVD.
PACIFICA, CA 94044

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARK J. ROGERS, ESQ.,
PATRICK J. HAGAN, ESQ.,
DILLINGHAM & MURPHY, LLP,
225 BUSH ST., 6TH FLR.,
SAN FRANCISCO, CA 94104

an answer to the complaint which is herewith served upon you, within   30   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK                                                                                       DATE  JUNE 13, 2007

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |
| *Check one box below to indicate appropriate method of service* |

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____        _____
                       Date                                              Signature of Server

                                                                              _____
                                                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure