**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED ELASTOMERICS, INC.<br><br>      Plaintiff,<br><br>   v.<br><br>Z-MAN FISHING PRODUCTS, INC.,<br><br>      Defendant.<br>_____ | No. 06-02469 CW |
| Z-MAN FISHING PRODUCTS, INC.,<br><br>      Plaintiff<br><br>   v.<br><br>APPLIED ELASTOMERICS, INC.,<br><br>      Defendant.<br>_____/ | No. 07-03104 CW<br><br>ORDER CONSOLIDATING CASES |

   Pursuant to this Court's previous Order Granting in Part Defendant's Motion to Modify the Court's Initial Case Management Order and Denying It in Part filed July 13, 2007, in C-06-2469 CW,

   IT IS ORDERED that the above-captioned cases are consolidated for all further proceedings.  All documents shall be filed in C-06-2469 CW.

   IT IS FURTHER ORDERED that there appears to be no further reason at this time to maintain C-07-3104 CW as an open case for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

   Nothing contained in this Order shall be considered a

1  dismissal or disposition of that action, and, should further
2  proceedings in that case become necessary or desirable, any party
3  may initiate it in the same manner as if this Order had not been
4  entered.

6      7/24/07 
7  Dated _____
                                             CLAUDIA WILKEN
8                                           United States District Judge

**United States District Court**
For the Northern District of California